164 A.3d 391

GEORGE PETERS, PLAINTIFF-PETITIONER, v. SILVERTON VOLUNTEER FIRE COMPANY NO. 1, TOMS RIVER BOARD OF FIRE COMMISSIONERS DISTRICT 2, JOHN ADDALIA, I/P/A JOHN ADALIA, KENNETH TAYLOR, RYAN FITZGERALD, ANDY JENSEN, GARY TATTERSALL, GUS BAXES AND KEVIN M. GEOGHEGAN, I/P/A KEVIN M. GOEGHEGAN, DEFENDANTS-RESPONDENTS.

March 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003498–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.